RENNER OTTO
MARK C. JOHNSON (Pro Hac Vice)
mjohnson@rennerotto.com
KYLE B. FLEMING (BAR NO. 166386)
kfleming@rennerotto.com
SARAH L. BOONE (Pro Hac Vice)
sboone@rennerotto.com
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
T: 216.621.1113
F: 216.621.6165

BYRON RAPHAEL LLP
JORDAN RAPHAEL (BAR NO. 252344)
jraphael@byronraphael.com
811 Wilshire Blvd., 17th Floor
Los Angeles, CA 90017
T: 213.291.9800
F: 213.377.5771

Attorneys for Plaintiff
Therabody, Inc.

Benjamin Herbert (Bar No. 277356)
E-mail: benjamin.herbert@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
200 Spectrum Center Drive
Suite 1650
Irvine, CA 92618
Telephone: 949.383.2997
Facsimile: 619.235.0398

Attorney for Defendant
Hyper Ice, Inc.

Kyle W. Kellar (Bar No. 294253)
E-mail: kyle.kellar@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203
Telephone: 626.683.4590

Attorney for Defendant
Hyper Ice, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THERABODY, INC.,

Plaintiff,

v.

HYPER ICE, INC.,

Defendant.

Case No. 8:26-cv-00003-JWH-KES

**JOINT P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

## I. INTRODUCTION

Pursuant to the Court's Order (Dkt. No. 25) and P.R. 4-3, Therabody, Inc. ("Therabody") and Hyper Ice, Inc., ("Hyperice"), collectively the "Parties," hereby provide their Preliminary Claim Constructions and Extrinsic Evidence.

## II. AGREED UPON CLAIM CONSTRUCTIONS

Subject to the foregoing, the Parties have not reached agreement on any claim terms.

## III. DISPUTED CONSTRUCTIONS

Subject to the foregoing, the Parties identify the disputed claim constructions and supporting evidence in the attached Exhibit A.

## IV. IDENTIFICATION OF MOST SIGNIFICANT CLAIM TERMS

Pursuant to Patent Rule 4-3(c), the Parties jointly identify "transverse" and "offset" as being significant to the resolution of the case.

## V. LENGTH OF CLAIM CONSTRUCTION HEARING

The Parties jointly propose two hours for the Claim Construction Hearing.

## VI. CLAIM CONSTRUCTION HEARING EXPERT

The Parties do not anticipate calling any witnesses live at the Claim Construction Hearing.

## VII. IDENTIFICATION OF REQUESTED FACTUAL FINDINGS

The Parties do not anticipate any requested factual findings related to claim construction.

DATED: September 4, 2026

RENNER OTTO

By: */s/ Mark C. Johnson*
Mark C. Johnson (Pro Hac Vice)
Sarah L. Boone (Pro Hac Vice)
Attorneys for Plaintiff
Therabody, Inc.

DATED: September 4, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Benjamin A. Herbert (by consent)
Benjamin A. Herbert

WOMBLE BOND DICKINSON (US) LLP

Kyle W. Kellar

Attorneys for Defendant
Hyper Ice, Inc.

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 4, 2026

RENNER OTTO

By: /s/ *Sarah L. Boone*
Sarah L. Boone
Attorney for Defendant
Therabody