# EXHIBIT A

| Term/Phrase | Proposing Party | Therabody | Hyperice |
|---|---|---|---|
| "transverse"<br><br>Claim 1 | Both | plain and ordinary meaning, which is "non-parallel"<br><br>**Evidence:**<br>• '919 Patent: 14:49-55, 15:21-29, 22:61-23:32 Figs. 1, 19-23A, 29-36;<br>• PGR20026-00051, Paper 2, Petition, pp. 18-20;<br>• PGR20026-00051, Ex. 1002, ¶¶ 76-79;<br>• PGR20026-00051, Ex. 1018; and<br>• The American Heritage Dictionary of the English Language (4th ed., 2006) (*see* "transverse" and "transversal"). | Plain and ordinary meaning, which is: "acting, lying, or being across" or "nonparallel"<br><br>**Intrinsic Evidence**:<br>'919 Patent:<br>• FIGS. 1 and 19;<br>• claim 1<br>'919 Patent Prosecution History:<br>• Preliminary Amendment dated 10/7/2024<br>• Office Action dated 11/7/2024<br>• Examiner Interview Summary for Interview conducted on 1/27/2025 and Applicant's Agenda<br>• Amendment dated 2/4/2025<br>• Office Action dated 2/14/2025<br>• Amendment dated 4/28/2025<br>Prosecution History in U.S. App. No. 19/295,322:<br>• Office Action dated 10/21/2025<br>• Amendment dated 1/20/2026<br>• Examiner Interview Summary for Interview conducted on 3/2/2026<br>• Office Action dated 3/10/2026 |

| Term/Phrase | Proposing Party | Therabody | Hyperice |
|---|---|---|---|
| | | | • Examiner Interview Summary for Interview conducted on 5/6/2026 and Applicant's Agenda<br><br>**Extrinsic Evidence**:<br>• Merriam-Webster Dictionary Definition of "transverse"<br>• Merriam-Webster Dictionary Definition of "obtuse"<br>• Joint Claim Construction Brief, Case No. 1:21-cv-00247-CFC, Dkt. 27 (D. Del. Nov. 22, 2021)<br>• Plaintiff Therabody, Inc.'s Opening Claim Construction Brief, Case No. 1:21-cv-07803-PGGRWL, Dkt. 107 (S.D.N.Y. Dec. 23, 2022) |
| "offset"<br><br>Claim 1 | Hyperice | plain and ordinary meaning<br>**Evidence:**<br>• '919 Patent: 14:55-15:20; Figs. 21, 22A-B;<br>• PGR20026-00051, Paper 2, Petition, pp. 20-21;<br>• PGR20026-00051, Ex. 1002, ¶¶ 80-81; and<br>• PGR20026-00051, Ex. 1020. | Plain and ordinary meaning, which is: "a distance or positional displacement between the centerlines or centerpoints of two components"<br><br>**Intrinsic Evidence**:<br><u>'919 Patent</u>:<br>• 14:56-15:10;<br>• Figures 22A and 22B;<br>• claim 1 |

| Term/Phrase | Proposing Party | Therabody | Hyperice |
|---|---|---|---|
| | | | ’919 Patent Prosecution History:<br>• Preliminary Amendment dated 10/7/2024<br>• Office Action dated 11/7/2024<br>• Examiner Interview Agenda conducted on 1/27/2025 and Applicant’s Agenda<br>• Amendment dated 2/4/2025<br>• Office Action dated 2/14/2025<br>• Amendment dated 4/28/2025<br><br>Prosecution History in U.S. App. No. 19/295,322:<br>• Office Action dated 10/21/2025<br>• Amendment dated 1/20/2026<br>• Examiner Interview Summary for Interview conducted on 3/2/2026<br>• Office Action dated 3/10/2026<br>• Examiner Interview Summary for Interview conducted on 5/6/2026 and Applicant’s Agenda<br><br>**Extrinsic Evidence:**<br>• Collins English Dictionary Definition of “offset” |